Dismissed and Memorandum Opinion filed January 28, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00088-CV

____________

 

CARY GARRETT, Appellant

 

V.

 

DON McGILL TOYOTA KATY/SCION, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 3

Harris County,
Texas

Trial Court Cause
No. 909694

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 3, 2008. On January 19, 2010,
appellant filed a motion to dismiss the appeal. See Tex. R. App. P. 42.1. The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Anderson and Christopher.